[No. 2864–3.   Division Three.   December 20, 1979.]

LOIS H. STAMPS, *Appellant,* v. CARL K. BURRESS,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pend
Oreille County, No. 6594, Philip J. Thompson, J., entered
April 17, 1978. *Reversed* and *remanded* by unpublished
opinion per Munson, J., concurred in by McInturff and
Roe, JJ.

[No. 3137–3.   Division Three.   December 20, 1979.]

*In the Matter of the Marriage of* NANCY L. ANDERSON,
*Respondent, and* PHILLIP M. ANDERSON,
*Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 230194, William J. Grant, J., entered
September 29, 1978. *Affirmed in part* and *reversed in part*
by unpublished opinion per Munson, J., concurred in by
Green, C.J., and McInturff, J.

[No. 2809–3.   Division Three.   December 20, 1979.]

JUAN GONZALEZ, ET AL, *Respondents,* v. JOHN I.
HAAS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 59175, Howard Hettinger, J., entered
February 24, 1978. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Green, C.J., and McInturff, J.